```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


JULIA T. REINEMAN                            CIVIL ACTION

VERSUS                                       NO. 07-1722

AUTO CLUB FAMILY INSURANCE                   SECTION "J" (4)
COMPANY, ET AL
```

**ORDER**

This matter involves an action for property damage resulting from Hurricanes Katrina and Rita as well as a contractual dispute.  Plaintiff, a Louisiana resident, filed suit against her homeowner's insurer, Auto Club Family Insurance Company ("AAA"), and her insurance agent, Insurance Products Resources, LLC ("Agent").  The action was originally filed in state court and subsequently removed pursuant to this Court's diversity jurisdiction.

A Settlement Conference was held on November 9, 2007.  Negotiations were successful and a partial settlement was reached with AAA.  AAA, the only diverse party in the suit, was subsequently dismissed.

Since the remaining claim is between Louisiana residents only, this Court lacks jurisdiction to hear this case.  28 U.S.C.

1332.  Accordingly,

**IT IS ORDERED** that the above-captioned action is hereby **REMANDED** to the court from which it was removed.

New Orleans, Louisiana, this 16th day of November, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE